# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-1968
_____

David Gatewood,                              *
                                             *
            Appellant,                       *
                                             *   Appeal from the United States
      v.                                     *   District Court for the
                                             *   Eastern District of Missouri.
Dr. Stephen Crawford, Medical Setup          *
Unit at Potosi,                              *   [UNPUBLISHED]
                                             *
            Appellee.                        *

_____

Submitted: July 15, 2005
Filed:  July 18, 2005
_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.
_____

PER CURIAM.

Missouri inmate David Gatewood appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action without prejudice as moot. Having carefully reviewed the record de novo, we affirm for the reasons explained by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.